Argued and submitted October 7, appeal dismissed as moot November 4, 1998

ERIC SHELBY,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-13586; CA A100036)

966 P2d 831

Harrison Latto argued the cause and filed the brief for appellant.

John T. Bagg, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Armstrong, Judges.

PER CURIAM

Appeal dismissed as moot. *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).